IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN L. BOYLE, JR.

v.  :  CIVIL NO. L-01-3200

HARFORD COUNTY, et al.

### ORDER

Now before the Court are Motions for Summary Judgment filed by (i) the State of Maryland and (ii) Harford County and individual defendants Walter, Aiello, Dorsey, DeHaven, and Sohl. For the reasons stated in the Memorandum of even date, the State's motion for summary judgment is GRANTED with respect to Plaintiff's claims brought pursuant to state law and 42 U.S.C. 1983 and DENIED with respect to Plaintiff's Title VII claims. The County and individual defendants' motion is DENIED.

It is so ORDERED this  /9TH  day of September, 2002.

Benson Everett Legg
United States District Judge